**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| ____ | : | Civil Action No. 15-7350 (FLW)(DEA) |
| LIFESTYLE INVESTMENTS, LLC, | : | |
| individually and on behalf of all others | : | **ORDER** |
| similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AMICUS THERAPEUTICS, INC., and | : | |
| JOHN F. CROWLEY, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | Civil Action No. 15-7380 (FLW)(DEA) |
| GARY FRECHTER, on behalf of himself | : | |
| and all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AMICUS THERAPEUTICS, INC., JOHN | : | |
| F. CROWLEY, and JAY A. BARTH, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | Civil Action No. 15-7448 (FLW)(LHG) |
| MICHAEL R. HARVEY, individually and | : | |
| on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AMICUS THERAPEUTICS, INC., and | : | |
| JOHN F. CROWLEY, | : | |
| | : | |
| Defendants. | : | |
| | : | |

1

**THIS MATTER** having been opened to the Court (1) Plaintiff Gary Frechter, through his counsel, Jeffrey W. Herrmann, Esq.; (2) Plaintiff James Kerrigan, through his counsel Eduard Korsinsky, Esq.; (3) Plaintiffs Bernard Kijet and Kevin Gilbo, through their counsel, James E. Cecchi, Esq., (4) Plaintiff Dr. Barry Brenner, through his counsel, James Stuart Notis, Esq.,; and (5) Plaintiffs Southeastern Pennsylvania Transportation Authority ("SEPTA"), Bucks County Employees Retirement Fund ("BCERF"), Chester County Employees Retirement Fund ("CCERF"), and Delaware County Employees Retirement Fund ("DCERF") (collectively "Public Pension Funds"), by their counsel, Catherine Pratsinakis, Esq., and Kimberly M. Donaldson Smith, Esq., on competing motions to be appointed lead plaintiff and to approve lead counsel, and to consolidate these matters; it appearing that Defendants Amicus Therapeutics, Inc., John F. Crowley, and Jay A. Barth (collectively "Defendants"), through their counsel, Angelo A. Stio , III, Esq., Brian Ronald Zurich, Esq., Robert L. Hickok, Esq., and Scott David Musoff, Esq., do not oppose the motions; the Court having considered the parties' written submissions in connection with the motion pursuant to Federal Rule of Civil Procedure 78, for the reasons set forth in the Letter Opinion filed on even date, and for good cause shown,

**IT IS** on this 26th day of May, 2016,

**ORDERED** that Plaintiff Barry Brenner's motions to consolidate these matters, be appointed lead plaintiff, and to designate lead counsel and liaison counsel [Civil Action 15-7350, Dkt. No. 23], [Civil Action 15-7380, Dkt. No. 17], and [Civil Action 15-7448, Dkt. No. 17] are GRANTED; and

**IT IS FURTHER ORDERED** that Brenner is appointed lead plaintiff; and

**IT IS FURTHER ORDERED** that Block & Leviton, LLP is designated as Lead Counsel; and

2

**IT IS FURTHER ORDERED** that Gardy Notis, LLP is designated as Liaison Counsel; and

**IT IS FURTHER ORDERED** that Plaintiff Public Pension Funds' motion [Civil Action 15-7350, Dkt. No. 24] is DENIED; and

**IT IS FURTHER ORDERED** that Plaintiff Baldi's motion [Civil Action 15-7350, Dkt. No. 17] is terminated because it has been withdrawn, *see* [Civil Action 15-7350, Dkt. No. 28]; and

**IT IS FURTHER ORDERED** that Plaintiff James Kerrigan's motion [Civil Action 15-7350, Dkt. No. 21] is DENIED; and

**IT IS FURTHER ORDERED** that Plaintiffs Bernard Kijet and Kevin Gilbo's motion [Civil Action 15-7350, Dkt. No. 22] is DENIED.

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge
